# United States Court of Appeals
## For the First Circuit

No. 08-2118

DECKY (FNU), IRAWATI (FNU), and DOMINIQUE AUDREY,

Petitioners,

v.

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE UNITED STATES,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on November 25, 2009, is amended as follows:

On page 14, footnote 5, line 3:  Substitute "Irawati's" for "Dominique Audrey's".